UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMIE SEAY, as personal representative of the Estate for HERBERT SEAY, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:18-cv-00161-TWP-DLP ) |
| CITY OF INDIANAPOLIS, et al. | ) ) |
| Defendants. | ) |

**Motion for Summary Judgment**

The City of Indianapolis, Charles Parker, Eric Baker, Robert Rennaker, Daniel Greenwell, Thomas Shaffer, William Fishburn, Sandra Storkman, Erika Jones, Joshua Hasseld, Shawn Looper, Bradley Millikan, Michael Bruin, and Edward Fiscus ("Defendants"), by counsel, respectfully move for summary judgment on each of Plaintiff's claims. In support of this motion, Defendants state:

1. This case arises from damages that Herbert Seay allegedly suffered when he was placed under arrest on January 14, 2016.

2. Plaintiff claims that IMPD Officers Charles Parker, Eric Baker, Robert Rennaker, Daniel Greenwell, Thomas Shaffer, William Fishburn, Sandra Storkman, Erika Jones, Joshua Hasseld, Shawn Looper, Bradley Millikan, Michael Bruin, and Edward Fiscus ("Defendant Officers") actions and inactions were unreasonable to Seay's medical needs and constituted an unreasonable seizure in violation of the Fourth Amendment to the United States Constitution.

3. Plaintiff also claims that the City of Indianapolis is liable for these actions and inactions because they constituted negligence and resulted in Seay's wrongful death.

4. Plaintiff's claims must fail because they lack evidentiary and legal support.

5. The claims against the Defendant Officers must fail because the Defendant Officers were not named in a timely manner or properly served before the applicable statute of limitations expired.

6. The Defendant Officers are entitled to qualified immunity because they did not violate any right that was clearly established on January 14, 2016.

7. The Defendant Officers did not fail to intervene in any constitutional violations.

8. The City of Indianapolis and its employees are immune from Plaintiff's state-law negligence and wrongful death claims under the Indiana Tort Claims Act.

9. When ruling on this motion, Defendants respectfully request that this Court consider their brief in support of motion for summary judgment.

WHEREFORE, Defendants respectfully requests this Court grant them summary judgment and all other relief that is just and proper.

Respectfully Submitted,

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-mail: andrew.upchurch@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that June 5, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN 46219

John F. Kautzman
Andrew R. Duncan
Edward J. Merchant
Martin A. Brown
Ruckelshaus, Kautzman, Blackwell & Bemis, LLP
135 N. Pennsylvania St., Suite #1600
Indianapolis, Indiana 46204

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov