UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 JUN 13 PM 2:40
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| TAMIE SEAY PRO SE for DECEASED, HERBERT SEAY ) | Civil Action No.: |
| *Plaintiff* ) | 1:18-cv-00161-TWP-DLP |
| v. ) | |
| ) | |
| CITY OF INDIANAPOLIS and INDIANAPOLIS METROPOLITAN ) POLICE DEPARTMENT (IMPD), INDIANA ; ERIC BAKER, in his ) individual capacity; ROBERT RENNAKER, in his individual ) capacity; CHARLES PARKER, in his individual capacity; ) DANIEL GREENWELL, in his individual capacity; MICHAEL ) BRUIN, in his individual. capacity; WILLIAM FISHBURN, in his ) individual capacity; SANDRA STORKMAN, in her individual) capacity; EDWARD FISCUS, in his individual capacity; ) SHAWN LOOPER, in his individual capacity; ERIKA ) JONES, in her individual capacity; BRADLEY MILLIKAN,) in his individual capacity; JOSHUA HASSELD, in his ) individual capacity; and, THOMAS SHAFFER, in his ) individual capacity; ENTITIES SUPPORTING ) NEGLIGENCE, NAMED IN TORT CLAIM DATED ) JUNE 2, 2016. ) | |
| *Defendant* ) | |

## RESPONSE TO MOTION FOR SUMMARY JUDGEMENT IN CIVIL ACTION

Indianapolis Police Department was called on a chaotic domestic disturbance call at 4126 Balboa Street, where law enforcement and Paramedics were giving the wrong address and heard claims of women involved had been stabbed. Officer Parker, Officer Baker, and Officer Greenwell were first on the scene and testified Herbert cooperated with Police Offices and complained he was having trouble breathing. When Paramedics arrived, Herbert was in handcuffs and Paramedics spent less than one minute with Herbert and could not preform medical test because he was in handcuffs as an in-custody detainee.

1. According to Paramedic Powers, it was cold, and Herbert was on ground without a shirt or shoes and she asked Police officer where should they be and/or need them? And Officers stated inside the house women needs assistance. She also stated Herbert was unresponsive to her questions and she went inside.

2. Assistant Keltner, stated Herbert was yelling complaining of shortness of breath and women. Officers stated Herbert, was not talking. Keltner stated he went inside to help partner after asking someone to watch Herbert, because he could not assist Herbert while in handcuffs on this very chaotic run scene.

3. Cause for training requirements of Officers.

4. Seeking counsel from courts today.

5. Counsel was present at time of notifications and every Officer and City of Indianapolis was notified as of June 12, 2016 and August 1, 2017.

6. The failure to intervene on the Indianpolis Metropolitan Police Department behalf was concern for victim women and not felon complaining of chest pains. Which died in Police custody during restraints.

WHEREFORE, the facts entered in discovery and depositions that Herbert could have life today, if officers would have made every effort to believe in-custody detainee within twenty minutes of complaining of having trouble breathing in a timely manner before going into cardiac arrest.

Received notification of MSJ on June 12, 2019.

Dated this 13th day of June 2019

Respectfully submitted,

_____  disabled Indigent
TAMIE SEAY, Pro se, seeking Counsel
Telephone number: 317-426-0577
9933 Fulbrook Drive, Indianapolis, in 46229

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, a foregoing copy of Response to Motion Summary Judgment was hand-delivered to United States District Court Southern District of Indiana Indianapolis Division, **Case No. 1:18-cv-00161-TWP-DLP** and Office of Corporate Counsel.

District Court Southern District of Indiana Indianapolis Division
46 E Ohio St # 116, Indianapolis, IN 46204

Andrew J. Upchurch
Tara L. Gerber
Office of Corporation Counsel
City of Indianapolis
200 E. Washington Street
Suite 1601
Indianapolis, IN 46204

Dated this 13th day of June 2019

Respectfully submitted,

*[signature]* disabled Indigent

TAMIE SEAY, Pro se, seeking Counsel
Telephone number: 317-426-0577
9933 Fulbrook Drive, Indianapolis, in 46229